CSD 1547 [09/27/10]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

FILED 2021 MAY 10 AM 11:36
CLERK
U.S. BANKRUPTCY CT.
S.D. DIST. OF CALIF.

**NOTICE OF CHANGE OF ADDRESS**

IN RE: Ossic Corporation, Debtor

CASE NUMBER: 19-00327-LA7

PLEASE NOTE: This form may **not** be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, **AMENDMENT**.

Check appropriate box below:

[ ] DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME: _____ [ ] Debtor [ ] Joint Debtor
(Please print)

NEW ADDRESS: _____
(New Street or Post Office Address)

_____
(City)   (State)   (ZIP Code)

SIGNATURE: _____
(Attorney for) Debtor or Joint Debtor

[X] CREDITOR NAMED BELOW:

NAME: Jeffrey Carr
(Please print)

NEW ADDRESS: 710 3rd St SW
(New Street or Post Office Address)

Washington   DC   20024
(City)   (State)   (ZIP Code)

SIGNATURE: _____
(Attorney for) Creditor

CSD 1547

19327ntc 1p