TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: OSSIC CORPORATION
Number: 19-00327-LA7

Hearing: 02:00 PM Thursday, September 30, 2021

Motion: 1) FIRST AND FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR FINANCIAL LAW GROUP, TRUSTEE'S ATTORNEY, PERIOD: 2/4/2019 TO 8/31/2021, FEE: $ 79,599.00, EXPENSES: $1,764.49.AND $1020 FOR CLOSING.  FILED BY FINANCIAL LAW GROUP

Court has reviewed First and Final Application for Compensation and Expense Reimbursement filed by counsel for the Ch. 7 trustee and finds services necessary and charges for same reasonable.  Court awards amounts requested in full.  Additionally, the Court grants applicant an "up to " award of $1000 for post-application services actually rendered to the Trustee.

As this application is unopposed, counsel is excused from attending this hearing and may submit an order forthwith.

2) FIRST AND FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND CONSULTANTS TO THE ESTATE; FOR BAKER TILLY US, LLP, ACCOUNTANT, PERIOD: 9/13/2019 TO 8/31/2021, FEE: $ 51,427.00, EXPENSES: $249.80. FILED BY BAKER TILLY US, LLP

Court has reviewed First and Final Application for Compensation and Expense Reimbursement filed by the accountant for the Ch. 7 trustee and finds services necessary and charges for same reasonable.  Court awards amounts requested in full.

As this application is unopposed, applicant's representative is excused from attending this hearing and may submit an order forthwith.